# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL CASE NO. 3:99cr202

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| REGINALD MCCOLLUM. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Return of Seized Property [Doc. 101], filed on September 10, 2001.

The Defendant moves for the return of a cell phone, a pager, and $1,500.00 in cash that was seized from him at the time of his arrest. For grounds, the Defendant asserts that these items "rightfully and lawfully belong" to him and should be returned. [Doc. 101].

A review of the Defendant's Plea Agreement reveals that the Defendant "forfeit[ed] and otherwise waive[d] any ownership right in all items seized during the investigation of the acts alleged in the Bill of Indictment." [Doc. 41 at 4]. Because the Defendant has forfeited and waived his ownership interest in all of the property which he now seeks to have returned, the Defendant's motion must be denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Return of Seized Property [Doc. 101] is **DENIED**.

Signed: February 10, 2009

Martin Reidinger
United States District Judge